

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY  10036-1525

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Jonathan Z. King**
(212) 790-9238
jzk@cll.com

March 19, 2026

Hon. John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:  <u>Jeremy Popoff, et al. v. Sony Music Entertainment Inc., 1:26-cv-01697</u>

Dear Judge Cronan:

      This firm has just been retained to represent defendant Sony Music Entertainment Inc. ("SME") in the above-referenced action.  I write pursuant to Rule 3.B of Your Honor's Individual Rules and Practices to request a 60 day extension of SME's time to answer or move with respect to the Complaint.  Plaintiffs' counsel has consented to this request, and the relevant circumstances are as follows.

      SME was served with the Complaint on March 5, 2026, yielding the current deadline to respond of March 26, 2026.  SME seeks to extend that date by 60 days, until May 25, 2026.  The reason for the extension is to allow us time to review the facts of the case and the underlying agreement, and to confer with Plaintiffs' counsel about how best to proceed and whether any resolution short of litigation is possible. This requests represents the first application for an adjournment and affects no other scheduled deadlines.  As noted above, Plaintiffs have consented to this request.

      We thank the Court for its attention to the foregoing.

              Respectfully submitted,

              Jonathan Z. King

32590/007/7124770.1