

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036-1525

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

**Jonathan Z. King**
(212) 790-9238
jzk@cll.com

May 14, 2026

Hon. John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: <u>Jeremy Popoff, et al. v. Sony Music Entertainment Inc., 1:26-cv-01697</u>

Dear Judge Cronan:

This firm represents defendant Sony Music Entertainment Inc. ("SME") in the above-referenced action. On March 30, 2026, the Court granted SME an initial extension of time to answer or move with respect to the Complaint until May 25, 2026. *See* ECF No. 7. We write seeking a further extension of SME's time to answer or move with respect to the complaint until July 8, 2026. Plaintiffs' counsel has consented to this request, and the relevant circumstances are as follows.

As anticipated in our initial extension request, the parties have commenced settlement discussions. During the period of the existing extension, counsel have spoken multiple times by phone and exchanged offers for resolution, and it is their intention to continue that effort. The parties believe that their resources are best devoted to pursuing settlement before they embark on further litigation efforts. As noted above, this request represents the second application for an adjournment, and Plaintiffs have consented to this request. The extension will affect no other scheduled deadlines, and we will of course promptly report to the Court if we are able to resolve matters. Accordingly, we respectfully request that SME's time to answer or move with respect to the Complaint be extended until July 8, 2026.

We thank the Court for its attention to the foregoing.

Respectfully submitted,

Jonathan Z. King

32590/007/7158345.1