

**Chris Vlahos**
Litigation Attorney

615.400.3213
chris@vlahos-law.com

**July 7, 2026**

Hon. John P. Cronan
Daniel Patrick Moynihan United States Courthouse
500 Pearl St. New York, NY 10007-1312

**Re: Jeremy Popoff, et al. v. Sony Music Entertainment Inc., 1:26-cv-01697**

Dear Judge Cronan:

This firm represents Plaintiffs in the above-referenced action. We write jointly with counsel for Defendant to advise the Court that the parties have reached a settlement in principle and are in the process of negotiating a written settlement agreement. Since we need additional time to complete that process, we jointly request that the Court extend Defendant's time to answer or move with respect to the complaint from July 8, 2026 to August 11, 2026. The Court has previously granted two extensions, *see* ECF Nos. 7 and 9, and this additional extension will affect no other scheduled deadlines. We will of course inform the Court if we are able to complete a settlement prior to the extended date. We thank the Court for its attention to the foregoing.

Respectfully submitted,

Chris Vlahos